**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer M. Cislo                   CHAPTER 13

<u>Debtor(s)</u>

                                               BKY. NO. 18-18368 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of USAA Federal Savings Bank and index same on the master mailing list.

                                               Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                               Rebecca Solarz
                                               17 Mar 2021, 16:46:49, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322