| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Jennifer M. Cislo | Case Number:<br>2:2018-bk-18368 | |
| Name of Creditor:<br>  Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>  Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  P.O. Box 1629<br>  Minneapolis, MN 55440-9790<br>  Telephone Number: 800-274-7025<br>Prior notice address:<br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  1000 Blue Gentian Road<br>  Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br>  Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 5354  UCID: WFCMGF1818368PAE66355354** | | __ Check this box if the account number has changed. |
| 2. **Court Claim Number: 6** | | |

3.  **Signature:**

 **Check the appropriate box.**
    X  **I am the creditor.**
       **I am the creditor's authorized agent.** (Attach copy of power of attorney, if any.)
       **I am the trustee, or the debtor.**
       **I am a guarantor, surety, endorser, or other codebtor.**

By:    /s/ Karen Sue Branas            Date: 01/20/2022
        VP Loan Documentation

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CASE NO.: 18-18368

**Jennifer M. Cislo** CHAPTER: 13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Jennifer M. Cislo<br>2432 Franklin Avenue<br>Secane, PA 19018 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | EUGENE A. CAMPOSANO<br>1250 Germantown Pike<br>Suite 205<br>Plymouth Meeting, PA 19462 |
| *Trustee:* | *By CM / ECF Filing:* |
| | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 |

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)