**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN          **DISTRICT OF** PENNSYLVANIA
PHILADELPHIA          **DIVISION**

|  |  |
|---|---|
| In re<br><br>JENNIFER M CISLO<br><br><br><br>Debtors. | In Chapter 13 Proceeding<br>Case No. 18-18368 |

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank      c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
12/22/2018      Docket Number 4 .

Dated:  This 10 th day of July   , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

EUGENE A CAMPOSANO
Attorney

WILLIAM C MILLER
Chapter  13  Trustee

Dated: This  10  ᵗʰ day of  July  , 2023

By:     /s/Valerie Smith_____

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257