Certificate Number: 12433-PAE-DE-038247454

Bankruptcy Case Number: 18-18368



12433-PAE-DE-038247454

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2024, at 11:16 o'clock AM EST, Jennifer Cislo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 5, 2024

By:  /s/Candace Jones

Name:  Candace Jones

Title:  Counselor