United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18368-amc |
| Jennifer M. Cislo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M. Cislo, 2432 Franklin Avenue, Secane, PA 19018-3324 |
| 14251185 | + | Citibank / Radius, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14275469 | + | Jill Manuel-Coughlin Esquire, Attorney ID# 63252, Atty for Wells Fargo Bank, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14251186 | + | Macys / Radius, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14251189 | + | Restoration Hardware, 15 Koch Road, Suite K, Corte Madera, CA 94925-1231 |
| 14497623 | + | USAA Federal Savings, c/o Lisa Cannon, Esquire, 11101 West 120th Avenue #280, Bloomfield, CO 80021-2756 |
| 14591015 | + | USAA Federal Savings Bank, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2024 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14251184 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:44:15 | American Express Bank, 4315 S 2700 West, Salt Lake City, UT 84184-0001 |
| 14261439 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:44:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14273483 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:56:09 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14251191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:45:20 | Best Buy, PO Box 790441, St Louis, MO 63179-0441 |
| 14279865 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:56:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14279866 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2024 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14251187 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 21 2024 00:37:00 | Elan Financial Services, 225 W Station Square Drive, Pittsburgh, PA 15219-1174 |
| 14264304 | + | Email/Text: servicing@svcfin.com | Mar 21 2024 00:37:00 | Goldman Sachs Mortgage Co., c/o Service Finance Co. LLC, 555 S. Federal Hwy #200, Boca Raton FL 33432-6033 |
| 14784556 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 00:44:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14274767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 00:55:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 14249771 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 01:07:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14251190 | + | Email/Text: servicing@svcfin.com | Mar 21 2024 00:37:00 | Service Finance Company, 555 S Federal Hwy, #200, Boca Raton, FL 33432-6033 |
| 14281203 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 00:43:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14264070 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 21 2024 00:37:00 | U.S. Bank N.A. dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14251188 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 00:56:08 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 14748017 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 00:44:40 | Wells Fargo Bank, N.A., Personal Lending, PO Box 564300, Charlotte NC 28256-4300 |
| 14274305 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 00:44:01 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14254807 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 00:43:59 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

EUGENE A. CAMPOSANO
on behalf of Debtor Jennifer M. Cislo camposanolaw@comcast.net

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 20, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jennifer M. Cislo

    Debtor(s)

Case No: 18−18368−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/20/24